IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02545-RPM

SAMMY KING,

     Plaintiff,

v.

GORDON TRUCKING, INC. and
SARAH GRAHAM,

     Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **January 10, 2012, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 5, 2012.**

     The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

     Dated: November 9th, 2011

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____

                                             Richard P. Matsch, Senior District Judge