IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02545-RPM-KLM

SAMMY KING,

    Plaintiff,

v.

GORDON TRUCKING, INC., and
SARAH GRAHAM,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Appear by Telephone at Scheduling Conference** [Docket No. 23; Filed June 29, 2012] (the "Motion"). The Motion does not include a Certificate of Conferral as required by D.C.COLO.LCivR 7.1A. However, in the interest of judicial efficiency,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff may appear by telephone at the Scheduling Conference on July 5, 2012, at 11:00 a.m., by calling Chambers at (303) 335-2770 at the designated time.

    The parties are warned of their continuing obligations to comply fully with D.C.COLO.LCivR 7.1A.

    Dated: July 2, 2012