IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02545-KLM

SAMMY KING,

    Plaintiff,

v.

GORDON TRUCKING, INC., and
SARAH GRAHAM,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order to Extend Deadline for Rebuttal Expert Disclosures to December 14, 2012** [Docket No. 36; Filed October 16, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. The Scheduling Order entered on July 5, 2012 [#27] is modified to extend the following deadline:

- Rebuttal Expert Disclosure Deadline    **December 14, 2012**

Dated: October 22, 2012