IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02545-KLM

SAMMY KING,

    Plaintiff,

v.

GORDON TRUCKING, INC., and
SARAH GRAHAM,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order to Extend Case Deadlines** [Docket No. 38; Filed November 30, 2012] (the "Motion"). Defendants seek an extension of the case deadlines because they have had difficulty scheduling the depositions of at least six of Plaintiff's treating physicians. Additionally, Plaintiff's current medical condition will require Defendants to travel to Louisiana to conduct his deposition. Plaintiff does not oppose the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The Scheduling Order entered on July 5, 2012 [#27] and modified on October 22, 2012 [#37], is further modified to extend the following deadlines:

- Contradicting Expert Designation Deadline — **March 14, 2013**
- Rebuttal Opinions Deadline — **March 29, 2013**
- Discovery Cut-off — **April 17, 2013**
- Dispositive Motion Deadline — **May 20, 2013**

Dated: December 5, 2012